# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FERNANDO NUNEZ, JR., | |
| Plaintiff, | NO. 3:15-CV-01573 |
| v. | (JUDGE CAPUTO) |
| TOM W. WOLF, *et al.*, | |
| Defendants. | |

## **ORDER**

**NOW**, this 18th day of October, 2018, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Appoint Counsel (Doc. 11) is **DENIED without prejudice**.

      /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge