UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**FERNANDO NUNEZ,**           :
        **Plaintiff**

                              :   **CIVIL ACTION NO. 3:15-1573**

  **v.**

                              :   **(JUDGE MANNION)**

**TOM W. WOLF**, *et al.*,
        **Defendants**           :

**O R D E R**

In accordance with the Memorandum issued this same day, it is

**ORDERED** that:

1. Defendants' motion to dismiss the amended complaint (ECF No. 35) is granted in part and denied in part.

2. All claims against Governor Wolf are dismissed pursuant to 28 U.S.C. §1915(e)(2)(B).

3. Defendants' motion to dismiss Mr. Nunez's RLUIPA claims concerning the denial of an electric razor is granted.

4. Defendants' motion to dismiss Mr. Nunez's RLUIPA claims concerning the denial of conjugal visitation, congregational prayer during contact visits, and religious circumcision surgery are denied at this time.

5. Mr. Nunez's motions to join additional parties and claims and supplemental complaint (ECF Nos. 43 and 45) are denied.

6.     Defendants Wetzel and Bickell shall file an Answer to the remaining claims of the Amended Complaint within twenty-one (21) days of the date of this Order.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: November 13, 2020**
15-1573-01 ORDER