# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FERNANDO NUNEZ JR., | : | Civil No. 3:15-CV-01573 |
| Plaintiff, | : | |
| v. | : | |
| TOM W. WOLF, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 11th day of December, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Plaintiff's motion to Compel (Doc. 56) is **DENIED**.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge<br>
Middle District of Pennsylvania