**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FERNANDO NUNEZ, JR., | : | Civil No. 3:15-CV-01573 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LAUREL R. HARRY, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW,** on this 30th day of July 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for sanctions, Doc. 175, is **DENIED**.

2. Plaintiff will file his brief in opposition to Defendants' motion for summary judgment, Doc 178, by **August 17, 2026**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania